

# McNICHOLS CO.
## ORIGINAL INVOICE

| Invoice No. | 1090342 |
|---|---|
| Please Reference in Remittance | |

| SOLD TO: | 1090342 | SHIP TO: | |
|---|---|---|---|
| CCS DB GROUP LLC<br>600 17TH ST STE 2800<br>DENVER CO 802025428 | | CCS DB GROUP LLC<br>6701 FOX AVE SOUTH<br>SEATTLE WA 98108 | |

| Remit to: | | Invoice Date | Oct 31, 2014 |
|---|---|---|---|
| McNichols Co.<br>PO Box 101211<br>Atlanta, GA 30392-1211 | | Customer Number | 920498 |
| | | Page | 1 of 1 |

| Customer Order | Shipped VIA | Date Shipped | Terms |
|---|---|---|---|
| 735-168 | lynden | Oct 31, 2014 | 1/2% 10, Net 30 - AR |

| Item Number | Qty | Description | Unit Price | Amount |
|---|---|---|---|---|
| 660231C1XX | | PS/Mill GW150 Smth TypC<br>Consists of lines below:, | LOT | 3,002.40 |
| 660231C1XX | 35 | Dimensions 12.125 x 57.812<br>Cut Type: random, Tolerance: LTH +0 / -1/8, Banding: N/A | | |
| 6602310134 | 6 | PS/HR GW150 Smth 1-1/2x3/16  36x288 | 615.54 | 3,693.25 |

**COMMENTS:**

| SALES TAX (WA) | 636.09 |
|---|---|
| INVOICE TOTAL | 7,331.74 |
| NET DUE DATE | Nov 30, 2014 |

*Jesus saith unto him, I am the way, the truth, and the life: no man cometh unto the Father, but by me. John 14:6*

| Discount Amount Allowed If Paid within 10 Days: | | | | $ 33.48 |
|---|---|---|---|---|
| 2014-343102 /<br>1587917 | Freight: | C | RAL | 09/09 |

**(Go Green!)** You could receive your next Invoice *electronically*.
Visit our web page at: www.mcnichols.com/sendmyinvoiceto and follow the instructions on the page.



"THANK YOU FOR THE PRIVILEGE OF SERVING YOU FOR OVER 55 YEARS!"

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

A SERVICE CHARGE OF 1 ½ % WILL BE ADDED TO ALL ACCOUNTS WITH A BALANCE OVER 30 DAYS OLD. DISCOUNTS DO NOT APPLY WHEN PAYING BY CREDIT CARD. IF THERE IS ANY QUESTION CONCERNING THIS INVOICE PLEASE CALL 1-800-237-3820

WE HEREBY CERTIFY THAT THE AMOUNT INVOICED HEREIN DOES NOT EXCEED THE LOWER OF (1) THE CONTRACT PRICE OR (2) MAXIMUM LEVELS ESTABLISHED IN ACCORDANCE WITH EXECUTIVE ORDER 11615, DATED AUGUST 15, 1971

Exhibit # 2
Page 1 of 4



# McNICHOLS CO.
## ORIGINAL INVOICE

| Invoice No. | 1106686 |
|---|---|
| Please Reference in Remittance | |

**SOLD TO:** 1106686
CCS DESIGN BUILDB GROUP LLC
600 17TH ST STE 2800
DENVER CO 802025428

**SHIP TO:**
CCS DESIGN BUILDB GROUP LLC
600 17TH ST STE 2800
DENVER CO 802025428

**Remit to:**
McNichols Co.
PO Box 101211
Atlanta, GA 30392-1211

| Invoice Date | Dec 18, 2014 |
|---|---|
| Customer Number | 920498 |
| Page | 1 of 3 |

| Customer Order | Shipped VIA | Date Shipped | Method of Payment |
|---|---|---|---|
| 735201 | Conway Freight | | 1/2% 10, Net 30 - AR |

| Item Number | Qty | Description | Unit Price | Amount |
|---|---|---|---|---|
| 36939000XX | | PS/CR 2"OPG .135 Wire Icmp<br>Consists of lines below:, | LOT | 3,800.00 |
| 36939000XX | 1 | Dimensions: 33.250 x 39.312<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4172, | | |
| 36939000XX | 2 | Dimensions: 33.250 x 38.938<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4173, | | |
| 36939000XX | 9 | Dimensions: 33.250 x 40.938<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4174, | | |
| 36939000XX | 31 | Dimensions: 33.250 x 40.938<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4175, | | |
| 36939000XX | 2 | Dimensions: 33.250 x 42.562<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4207, | | |
| 36939000XX | 9 | Dimensions: 33.250 x 29.625<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4210, | | |
| 36939000XX | 1 | Dimensions: 33.250 x 21.625<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4217, | | |
| 36939000XX | 1 | Dimensions: 33.250 x 38.812<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4237, | | |
| 36939000XX | 5 | Dimensions: 33.250 x 39.438<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4243, | | |

***(Go Green!)*** You could receive your next invoice *electronically*.
Visit our web page at: www.mcnichols.com/sendmyinvoiceto and follow the instructions on the page.



THANK YOU FOR THE PRIVILEGE OF SERVING YOU FOR OVER 55 YEARS!

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

A SERVICE CHARGE OF 1 ½ % WILL BE ADDED TO ALL ACCOUNTS WITH A BALANCE OVER 30 DAYS OLD. DISCOUNTS DO NOT APPLY WHEN PAYING BY CREDIT CARD. IF THERE IS ANY QUESTION CONCERNING THIS INVOICE PLEASE CALL 1-800-237-3820

WE HEREBY CERTIFY THAT THE AMOUNT INVOICED HEREIN DOES NOT EXCEED THE LOWER OF (1) THE CONTRACT PRICE OR (2) MAXIMUM LEVELS ESTABLISHED IN ACCORDANCE WITH EXECUTIVE ORDER 11615, DATED AUGUST 15, 1971

Exhibit # 2
Page 2 of 4



# McNICHOLS CO.
## ORIGINAL INVOICE

| Invoice No. | 1106686 |
|---|---|
| Please Reference in Remittance | |

**SOLD TO:** 1106686
CCS DESIGN BUILDB GROUP LLC
600 17TH ST STE 2800
DENVER CO 802025428

**SHIP TO:**
CCS DESIGN BUILDB GROUP LLC
600 17TH ST STE 2800
DENVER CO 802025428

**Remit to:**
McNichols Co.
PO Box 101211
Atlanta, GA 30392-1211

| Invoice Date | Dec 18, 2014 |
|---|---|
| Customer Number | 920498 |
| Page | 2 of 3 |

| Customer Order | Shipped VIA | Date Shipped | Method of Payment |
|---|---|---|---|
| 735201 | Conway Freight | | 1/2% 10, Net 30 - AR |

| Item Number | Qty | Description | Unit Price | Amount |
|---|---|---|---|---|
| 36939000XX | 3 | Dimensions: 33.250 x 36.438<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4245, | | |
| 36939000XX | 6 | Dimensions: 33.250 x 38.938<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4249, | | |
| 36939000XX | 2 | Dimensions: 33.250 x 40.938<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4253, | | |
| 36939000XX | 4 | Dimensions: 33.250 x 40.938<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4264, | | |
| 36939000XX | 36 | Dimensions: 33.250 x 24.000<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4256, | | |
| 36939000XX | 4 | Dimensions: 33.250 x 29.375<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4257, | | |
| 36939000XX | 2 | Dimensions: 33.250 x 7.438<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4258, | | |
| 36939000XX | 3 | Dimensions: 33.250 x 35.438<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4276, | | |
| 36939000XX | 2 | Dimensions: 28.125 x 66.625<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4309, | | |
| 36939000XX | 2 | Dimensions: 33.250 x 24.625<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4310, | | |
| 36939000XX | 2 | Dimensions: 28.125 x 67.250<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4323, | | |

"THANK YOU FOR THE PRIVILEGE OF SERVING YOU FOR OVER 45 YEARS!"



WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

A SERVICE CHARGE OF 1 ½ % WILL BE ADDED TO ALL ACCOUNTS WITH A BALANCE OVER 30 DAYS OLD. THE 1 ½ % DISCOUNT DOES NOT APPLY ON CREDIT CARD ORDERS. IF THERE IS ANY QUESTION CONCERNING THIS INVOICE PLEASE CALL 1-800-237-3820

WE HEREBY CERTIFY THAT THE AMOUNT INVOICED HEREIN DOES NOT EXCEED THE LOWER OF (1) THE CONTRACT PRICE OR (2) MAXIMUM LEVELS ESTABLISHED IN ACCORDANCE WITH EXECUTIVE ORDER 11615, DATED AUGUST 15, 1971

Exhibit # 2
Page 3 of 4



# McNICHOLS CO.
## ORIGINAL INVOICE

| Invoice No. | 1106686 |
|---|---|
| Please Reference in Remittance | |

| SOLD TO: | 1106686 |
|---|---|
| CCS DESIGN BUILDB GROUP LLC | |
| 600 17TH ST STE 2800 | |
| DENVER CO 802025428 | |

| SHIP TO: | |
|---|---|
| CCS DESIGN BUILDB GROUP LLC | |
| 600 17TH ST STE 2800 | |
| DENVER CO 802025428 | |

| Remit to: |
|---|
| McNichols Co. |
| PO Box 101211 |
| Atlanta, GA 30392-1211 |

| Invoice Date | Dec 18, 2014 |
|---|---|
| Customer Number | 920498 |
| Page | 3 of 3 |

| Customer Order | Shipped VIA | Date Shipped | Method of Payment |
|---|---|---|---|
| 735201 | Conway Freight | | 1/2% 10, Net 30 - AR |

| Item Number | Qty | Description | Unit Price | Amount |
|---|---|---|---|---|
| 36939000XX | 2 | Dimensions: 33.250 x 23.438<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4324, | | |
| 36939000XX | 2 | Dimensions: 33.250 x 32.312<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4325, | | |
| 36939000XX | 1 | Dimensions: 33.250 x 32.750<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4330, | | |
| 36939000XX | 4 | Dimensions: 33.250 x 36.188<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4331, | | |
| 36939000XX | 35 | Dimensions: 33.250 x 44.000<br>Cut Type: balanced stub, Tolerance: +/- 1/8, Banding: N/A, Fabrication: Per print or drawing, MARK PC CM4337, | | |
| 9253235300 | 1 | Shipping and Handling     Wire Cloth | 358.62 | 358.62 |

**COMMENTS:**

| SALES TAX (CO) | 316.89 |
|---|---|
| INVOICE TOTAL | 4,475.51 |
| NET DUE DATE | 01/17/15 |

*And it shall come to pass, that whosoever shall call on the name of the Lord shall be saved. Acts 2:21*

| Discount Amount Allowed if Paid within 10 Days: | | | | $ 19.00 |
|---|---|---|---|---|
| 2014-368680 / 1600124 | Freight: | P | JMG | 18/09 |



"THANK YOU FOR THE PRIVILEGE OF SERVING YOU FOR OVER 55 YEARS!"

WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

A SERVICE CHARGE OF 1 ½ % WILL BE ADDED TO ALL ACCOUNTS WITH A BALANCE OVER 30 DAYS OLD. THE 1 ½ % DISCOUNT DOES NOT APPLY ON CREDIT CARD ORDERS. IF THERE IS ANY QUESTION CONCERNING THIS INVOICE PLEASE CALL 1-800-237-3820

WE HEREBY CERTIFY THAT THE AMOUNT INVOICED HEREIN DOES NOT EXCEED THE LOWER OF (1) THE CONTRACT PRICE OR (2) MAXIMUM LEVELS ESTABLISHED IN ACCORDANCE WITH EXECUTIVE ORDER 11615, DATED AUGUST 15, 1971.

Exhibit # 2
Page 4 of 4